JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LANDON ROBINSON, | ) | Case No. 2:18-cv-02955-AB-PJW |
|---|---|---|
| Plaintiff, | ) | **ORDER DISMISSING CIVIL ACTION** |
| vs. | ) | |
| TRANSWORLD SYSTEMS INC., And DOES 1-10, inclusive, | ) | |
| Defendants. | ) | |

IT IS HEREBY **ORDERED** that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: July 2, 2018

*[signature]*

_____
Honorable Judge of the District Court

Order to Dismiss - 1